**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTAGE LOAN TRUST A | : No. 218 WAL 2022 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| PAMELA A. VUKMAN (A/K/A PAMELA MCDEAVITT), LEO MCDEAVITT, AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209 | : |
| | : |
| | : |
| | : |
| PETITION OF: PAMELA MCDEAVITT | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.